S. MARTIN JACOBSEN, RESPONDENT, v. PETER A. PETERSON, APPELLANT.

Argued November 22, 1918—Decided November 26, 1918.

On appeal from the Supreme Court, whose opinion is reported in 91 N. J. L. 404.

For the respondent, *Leo Goldberger* and *S. Martin Jacobsen.*

For the appellant, *Peter A. Peterson.*

Rothberg v. Jersey City.                    92 N. J. L.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BERGEN, KALISCH, BLACK, WHITE, HEPPENHEIMER, TAYLOR, GARDNER, JJ.  10.

*For reversal*—None.